# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Walter Lowe,<br><br>    Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated, an Ohio corporation, et al.,<br><br>    Defendants. | No. CV15-0868 PHX DGC<br><br>**ORDER** |

The Court has been advised that this case has settled. Docs. 21, 23.

**IT IS ORDERED** that this matter will, without Order of this Court, be dismissed with prejudice within 30 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** vacating any pending hearings.

**IT IS FURTHER ORDERED** denying all pending motions as moot.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter on **September 21, 2015** without further leave of Court.

Dated this 21st day of August, 2015.

_____
David G. Campbell
United States District Judge